HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| SCOTT CARLSON, BRIAN ROBILLARD, ALISON HALLIFAX, MATTHEW PETERSON, JOSH FREI and TYLER PARNELL,<br><br>          Plaintiffs,<br><br>vs.<br><br>Mayor ANGELA BIRNEY, in her individual and official capacity; Chief ADRIAN SHEPPARD, in his individual and official capacity; and CATHRYN LAIRD in her individual and official capacity,<br><br>          Defendants. | Case No.: 2:25-CV-00514-JNW<br><br>STIPULATED MOTION AND ORDER TO EXTEND ALL CASE DEADLINES<br><br>Noting Date: 3/12/2026 |

COME NOW THE PARTIES, Plaintiffs Scott Carlson, Tyler Parnell, Alison Hallifax, Brian Robillard, Josh Frei, and Matthew Peterson and Defendants Angela Birney, Adrian Sheppard and Cathryn Laird (collectively "the Parties") and hereby respectfully request that this Court extend all the case deadlines.

WHEREAS, the Parties' Joint Status Report and Discovery Plan contemplated staying discovery until this Court's resolution of Defendants' motion to dismiss, (Dkt. 20 at §5(B));

STIPULATED MOTION AND ORDER TO EXTEND ALL CASE DEADLINES - 1

WHEREAS, Defendants filed a Motion to Dismiss which has not yet been decided by the court;

WHEREAS, the Court extended the deadline for Disclosure of expert testimony on February 12, 2026; (ECF 32);

WHEREAS, the Court has not previously extended any other deadlines in this case; and

WHEREAS, the parties seek to avoid the unnecessary expense associated with discovery until and unless it becomes relevant and necessary to this matter, following the court's ruling on Defendant's Motion to Dismiss;

THEREFORE, the undersigned counsel for the respective parties hereby stipulate and agree:

For good cause shown and pursuant to Federal of Civil Procedure 16(b)(4) and Local Civil Rule 16(b)(6), the parties respectfully request this Court enter an order modifying the September 9, 2025, Order Setting Trial Date and Related Dates.

The Court may modify the deadlines in the scheduling order. Fed. R. Civ. P. 16(b)(4); LCR 16(b)(6). The "good cause" standard primarily considers the diligence of the party seeking the amendment: the district court may modify the pretrial schedule if it cannot reasonably be met despite the diligence of the parties seeking the extension. *See Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992) (citing Fed. R. Civ. P. 16 advisory committee's notes (1983 amendment)). Although the existence or degree of prejudice to the opposing party might supply additional considerations for a motion to modify, the focus remains on the moving party's reasons for seeking modification. *Johnson*, 975 F.2d at 609.

Counsel for the parties have conferred and agree that good cause exists to grant the relief requested since the motion to dismiss is outstanding. The parties would rather not take the time and expense of conducting discovery, given the pending motion to dismiss and the Court's prior Summary Judgment ruling in the related Case No. 2:22-CV-01739.

STIPULATED MOTION AND ORDER TO EXTEND ALL CASE DEADLINES - 2

THEREFORE, IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:[1]

| Event | Current Date | New Date |
|---|---|---|
| All motions related to discovery must be filed by (*see* LCR 7(d)) | March 12, 2026 | June 30, 2026 |
| Discovery completed by | April 13, 2026 | July 13, 2026 |
| All dispositive motions and motions challenging expert witness testimony must be filed by (*see* LCR 7(d)) | May 11, 2026 | August 13, 2026 |
| Settlement conference under LCR 39.1(c)(2) must be held no later than | July 10, 2026 | October 12, 2026 |
| All motions in limine must be filed by (*see* LCR 7(d)) | July 30, 2026 | October 29, 2026 |
| Deposition Designations must be submitted to the Court by (*see* LCR 32(e)) | August 18, 2026 | November 18, 2026 |
| Agreed pretrial order due | August 18, 2026 | November 18, 2026 |
| Trial briefs, proposed voir dire questions, and proposed jury instructions must be filed by | August 25, 2026 | November 24, 2026 |
| Pretrial conference | September 1, 2026 | December 1, 2026 |
| JURY TRIAL begins | September 8, 2026 | December 8, 2026 |

IT IS SO STIPULATED THROUGH COUNSEL OF RECORD.

DATED this 12th day of March, 2026.

By: */s/ Jonathon Cherne*
Alan J. Reinach, *pro hac vice*
Jonathon Cherne, *pro hac vice*
Church State Council
2686 Townsgate Road
Westlake Village, CA 91361
Telephone: (805) 413-7398
Email: ajreinach@churchstate.org
jcherne@churchstate.org
*Attorneys for Plaintiffs*

By: */s/ Robert Christie*
Robert L. Christie, WSBA #10895
John W. Barry, WSBA #55661
Baker Sterchi Cowden & Rice, LLC
2100 Westlake Ave. N., Ste. 206
Seattle, WA 98109
Telephone: (206) 957-9669
Email: bob.christie@bakersterchi.com
Email: john.barry@bakersterchi.com
*Attorneys for Defendant*

I certify that this memorandum contains 536 words, in compliance with the Local Civil Rules.

---

[1] The following dates are proposed, subject to the Court's availability.

STIPULATED MOTION AND ORDER TO EXTEND ALL CASE DEADLINES - 3

## PROPOSED ORDER

THIS MATTER having come on regularly for hearing upon the stipulation of the parties above contained, and the Court being fully advised in the premises, now, therefore, it is hereby ORDERED that the following trial date and case schedule shall be set:

| Event | Current Date | New Date |
|---|---|---|
| All motions related to discovery must be filed by (*see* LCR 7(d)) | March 12, 2026 | June 30, 2026 |
| Discovery completed by | April 13, 2026 | July 13, 2026 |
| All dispositive motions and motions challenging expert witness testimony must be filed by (*see* LCR 7(d)) | May 11, 2026 | August 13, 2026 |
| Settlement conference under LCR 39.1(c)(2) must be held no later than | July 10, 2026 | October 12, 2026 |
| All motions in limine must be filed by (*see* LCR 7(d)) | July 30, 2026 | October 29, 2026 |
| Deposition Designations must be submitted to the Court by (*see* LCR 32(e)) | August 18, 2026 | November 18, 2026 |
| Agreed pretrial order due | August 18, 2026 | November 18, 2026 |
| Trial briefs, proposed voir dire questions, and proposed jury instructions must be filed by | August 25, 2026 | November 24, 2026 |
| Pretrial conference | September 1, 2026 | December 1, 2026 |
| JURY TRIAL begins | September 8, 2026 | December 8, 2026 |

ENTERED this 16th day of March, 2026.

_____
THE HONORABLE JAMAL N. WHITEHEAD
United States District Court Judge

Presented by:

By: */s/ Jonathon Cherne*
Alan J. Reinach, *pro hac vice*
Jonathon Cherne, *pro hac vice*

By: */s/ Robert L. Christie*
Robert L. Christie, WSBA #10895
John W. Barry, WSBA #55661

STIPULATED MOTION AND ORDER TO EXTEND ALL CASE DEADLINES - 4

Church State Council
2686 Townsgate Road
Westlake Village, CA 91361
Telephone: (805) 413-7398
Email: ajreinach@churchstate.org
jcherne@chernelaw.com

Tracy Tribbett, WSBA #35922
Pacific Justice Institute
6400 Three Rivers Drive
Pasco, WA 99301
Telephone: (509) 713-9868
Email: ttribbett@pji.org


*Attorneys for Plaintiffs*

Baker Sterchi Cowden & Rice, LLC
2100 Westlake Ave. N., Ste. 206
Seattle, WA 98109
Telephone: (206) 957-9669
Email: bob.christie@bakersterchi.com
Email: john.barry@bakersterchi.com

*Attorneys for Defendant*

STIPULATED MOTION AND ORDER TO EXTEND ALL CASE DEADLINES - 5